FILED
09/14/2022
Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| **UNITED STATES OF AMERICA,** | **VIOLATIONS:** |
| --- | --- |
| Plaintiff, | E1384490 |
|  | E1384491 |
| vs. | **Location Code: M13** |
| **JULIA A. FISCHER,** | **ORDER** |
| Defendant. |  |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the above citations are **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022 is **VACATED**.

DATED this __13th__ day of September, 2022.

_____
John Johnston
United States Magistrate Judge